**UNITED STATES of America, Plaintiff–Appellee**

v.

**David J. PREJEAN, Defendant–Appellant.**

**No. 11–31163**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 21, 2012.

Camille Ann Domingue, Assistant U.S. Attorney, Daniel J. McCoy, U.S. Attorney's Office, Lafayette, LA, for Plaintiff–Appellee.

Bradley Elizabeth Black, Law Offices of Bradley E. Black, L.L.C., Lafayette, LA, for Defendant–Appellant.

Before SMITH, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent David J. Prejean has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Prejean has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

The attorney appointed to represent Juan Carlos Soto has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Soto has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.